Filing # 123290859 E-Filed 03/17/2021 05:18:56 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Tikva Weinstein, Dori Weinstein</u>
Plaintiff

Case # _____
Judge   _____

vs.
<u>Costco Wholesale Corporation</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

Composite Exhibit "A"

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   2

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Kelly D Hancock          Fla. Bar # 203602
         Attorney or party                       (Bar # if attorney)

Kelly D Hancock                      03/17/2021
(type or print name)                Date

Filing # 123923053 E-Filed 03/29/2021 01:03:17 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 2021-006612-CA-01

TIKVA WEINSTEIN, and
DORI WEINSTEIN, her husband,

    Plaintiffs,

vs.

COSTCO WHOLESALE CORPORATION
A Foreign Profit Corporation,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular, the Sheriffs of said State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Interrogatories, Request for Production, Request for Admissions and Notice of Taking Deposition in this action on Defendant:

**COSTCO WHOLESALE CORPORATION**
**by serving registered agent:**
**CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, FL 33324**

    Each defendant is required to serve written defenses to the complaint or petition on **Kelly D. Hancock, Esquire**, Krupnick, Campbell, Malone, Buser, Slama & Hancock, P.A., plaintiff's attorneys, whose address is 12 S.E. 7th Street, Suite 801, Fort Lauderdale, Florida, 33301, within twenty (20) days after service of this summons on that Defendant, exclusive of the day of service and to file the original of the defense with the Clerk of this Court either before service on plaintiff's attorneys or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

WITNESS my hand and seal of said Court.    3/29/2021

HARVEY RUVIN
As Clerk of Said Court

By:_____
As Deputy Clerk

**Plaintiff/Plaintiff's Attorney:**

KELLY D. HANCOCK, ESQUIRE
BLAKE V. DOLMAN, ESQUIRE
KRUPNICK CAMPBELL MALONE BUSER
SLAMA & HANCOCK, P.A.
12 S.E. 7th Street – Suite 801
Fort Lauderdale, Florida 33301
(954) 763-8181
E-Mail: Pleadings-KDH@krupnicklaw.com

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 2021-006612-CA-01

TIKVA WEINSTEIN, and
DORI WEINSTEIN, her husband,

    Plaintiffs,

vs.

COSTCO WHOLESALE CORP.
A Foreign Profit Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiffs, TIKVA WEINSTEIN, and DORI WEINSTEIN, her husband, her husband, by and through the undersigned attorneys, hereby sues the Defendant, COSTCO WHOLESALE CORP. (herein after "COSTCO"), and as grounds therefore would state:

1. This is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. At all times material hereto, the Plaintiff, TIKVA WEINSTEIN, was and is a resident of Miami-Dade County, Florida.

3. At all times material hereto, the Plaintiff, DORI WEINSTEIN, was and is a resident of Miami-Dade County, Florida.

4. At all times material hereto, the Plaintiffs, TIKVA WEINSTEIN and DORI WEINSTEIN, were and are lawfully married husband and wife.

5. At all times material hereto, Defendant, COSTCO, was and is a Foreign Profit Corporation licensed to conduct business and is doing business in the State of Florida.

6. On or about May 12, 2019, the Defendant, COSTCO, owned and operated a wholesale store located at 14800 Sole Mia Way, North Miami, 33181, Miami-Dade County, Florida.

7. At said time and place, the Plaintiff, TIKVA WEINSTEIN, was lawfully on the Defendant's real property and at all relevant times was an invitee.

8. At said time and place, the Defendant, COSTCO, negligently operated and/or maintained said premises to allow the Plaintiff to slip and fall in a puddle of water on the floor which is believed to have emanated from an overhead air conditioning unit.

## COUNT I
## NEGLIGENCE

Plaintiff realleges Paragraphs 1-8 as if fully set forth herein and would further state:

9. Defendant, COSTCO, owed a duty to use ordinary care in keeping the premises in a reasonably safe state.

10. Defendant, COSTCO, further owed a duty to warn or give timely notice to the Plaintiff, TIKVA WEINSTEIN, of conditions that are known or knowable to the owner or occupant but not the invitee.

11. Defendant, COSTCO, breached their duty owed to Plaintiff, TIKVA WEINSTEIN in one or more of the follows ways:

    a. by failing to properly maintain the walking areas of the premises in a reasonably safe condition free of water and other liquids;

    b. by failing to properly inspect the condition of the premises;

    c. by failing to properly maintain the overhead air conditioning equipment so as to prevent condensation from dripping to the floor;

    d.    by failing to properly detect and clean up any and all liquids on the floor in a timely fashion;

    e.    by failing to adequately and properly warn, orally and/or by signs, customers and/or invitees of said dangerous condition, and/or;

    f.    by failing to prevent patrons' access to the subject area until the liquids were cleaned and floors we dry.

12.     The wet and slippery floors existed for a sufficient length of time that Defendant, COSTCO, knew or should have known of it.

13.     As a direct and proximate result of the negligence of the Defendant, COSTCO, the Plaintiff, TIKVA WEINSTEIN, was injured in and about her body and/or aggravated a pre-existing condition or injury, suffered pain therefrom, incurred medical and related expenses in the treatment of her injuries, suffered physical handicap, she sustained permanent injuries within a reasonable degree of medical probability and/or permanent loss of bodily function and has lost the capacity for the enjoyment of life.

14.     In that the injuries suffered by the Plaintiff, TIKVA WEINSTEIN, are continuing in nature, she will continue to suffer pain, physical handicap and permanent injury in the future and will be further compelled to expend great sums for medical care and related treatment for those injuries.

WHEREFORE, Plaintiff, TIKVA WEINSTEIN, demands judgment for damages against the Defendant, COSTCO, together with costs and demands trial by jury of all issues triable as of right by jury.

## COUNT II
## CONSORTIUM CLAIM OF DORI WEINSTEIN
## AGAINST DEFENDANT COSTCO WHOLESALE CORP.

Plaintiff realleges and reavers paragraphs 1 through 8 as if fully set forth herein and would further state:

15. At all times material hereto, the Plaintiff, DORI WEINSTEIN, was and is the lawful husband of the Plaintiff, TIKVA WEINSTEIN.

16. As a direct, proximate and foreseeable result of the carelessness and negligence of the Defendant, COSTCO, the Plaintiff, DORI WEINSTEIN, has suffered and will continue to suffer the loss of his wife's services, support, consortium and the care and comfort of his society.

WHEREFORE, the Plaintiff, DORI WEINSTEIN, demands judgment for any and all allowable damages against the Defendant, COSTCO, pursuant to Florida law, together with interest (on all sums to which interest is applicable under Florida law), and taxable costs, and demands trial by jury of all issues triable as of right by jury and any other relief this Honorable Court deems just and proper.

DATED this 17th day of March, 2021.

> KRUPNICK, CAMPBELL, MALONE,
> BUSER, SLAMA, HANCOCK, P.A.
> Attorneys for Plaintiffs
> 12 Southeast 7th Street
> Legacy Bank Building, Suite 801
> Fort Lauderdale, Florida 33301
> (954) 763-8181
> Service Email: Pleadings-KDH@krupnicklaw.com
>
> BY:/s/ *Kelly D. Hancock*
> KELLY D. HANCOCK, ESQUIRE
> Florida Bar No.: 203602
> BLAKE V. DOLMAN, ESQUIRE
> Florida Bar No.: 102586

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.: 2021-006612-CA-01

TIKVA WEINSTEIN, and
DORI WEINSTEIN, her husband,

    Plaintiffs,
vs.

COSTCO WHOLESALE CORP.
A Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT

**TO:  DEFENDANT, COSTCO WHOLESALE CORP.**

Pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, you are hereby requested to file responses to the Plaintiffs, TIKVA WEINSTEIN and DORI WEINSTEIN, her husband, within forty-five (45) days from the date of service, at the Law Offices of KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, 12 SE 7th Street, Suite 801, Fort Lauderdale, Florida, 33301.

WE HEREBY CERTIFY that a true copy of the foregoing was served on the Defendant with the Summons and Complaint. DATED this 15th day of March, 2021.

                                            KRUPNICK, CAMPBELL, MALONE,
                                            BUSER, SLAMA, HANCOCK, P.A.
                                            Attorneys for Plaintiffs
                                            12 Southeast 7th Street
                                            Legacy Bank Building, Suite 801
                                            Fort Lauderdale, Florida 33301
                                            (954) 763-8181
                                            Service Email: Pleadings-KDH@krupnicklaw.com

                                            BY:/s/ *Kelly D. Hancock*
                                            KELLY D. HANCOCK, ESQUIRE
                                            Florida Bar No.: 203602
                                            BLAKE V. DOLMAN, ESQUIRE
                                            Florida Bar No.: 102586

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO.:   2021-006612-CA-01

TIKVA WEINSTEIN, and
DORI WEINSTEIN, her husband,

    Plaintiffs,

vs.

COSTCO WHOLESALE CORP.
A Foreign Profit Corporation,

    Defendant.
_____/

## FIRST REQUEST TO PRODUCE TO DEFENDANT

**TO: DEFENDANT, COSTCO WHOLESALE CORP.**
**To Be Served Along with The Summons and Complaint**

Pursuant to Rule 1.350, of the Florida Rules of Civil Procedure, it is hereby requested that the Defendant, COSTCO WHOLESALE CORP. (herein after "COSTCO"), produce to Plaintiffs, TIKVA WEINSTEIN, and DORI WEINSTEIN, her husband, within forty-five (45) days, at the Law Offices of KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, P.A., 12 SE 7 Street, Suite 801, Fort Lauderdale, Florida, 33301, the following:

1. Any and all videos taken from anywhere on the premises on the date of the subject incident.

2. Any and all incident reports pertaining to the subject incident.

3. Any and all employee handbooks in effect on the date of the subject accident.

4. Any and all surveillance films or photographs taken of Plaintiff, TIKVA WEINSTEIN.

5. Any and all surveillance reports, memorandums, etc. regarding Plaintiff, TIKVA WEINSTEIN.

6. All maintenance records for the overhead air conditioning systems in the store at any time.

7. Any and all slip and fall incident reports pertaining to the subject premise from January 1, 2018 through December 31, 2020.

8. Any and all statements made by Plaintiff, witnesses, employees, and police officers concerning the subject incident.

I HEREBY CERTIFY that a true and correct copy of the foregoing Request to Produce is to be served along with the Summons and Complaint upon the defendant, COSTCO WHOLESALE CORP:

DATED this 17th day of March, 2021.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK, P.A.
        Attorneys for Plaintiffs
        12 Southeast 7th Street
        Legacy Bank Building, Suite 801
        Fort Lauderdale, Florida 33301
        (954) 763-8181
        Service Email: Pleadings-KDH@krupnicklaw.com

BY:/s/ _Kelly D. Hancock_
        KELLY D. HANCOCK, ESQUIRE
        Florida Bar No.: 203602
        BLAKE V. DOLMAN, ESQUIRE
        Florida Bar No.: 102586